UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DWIGHT JOHNSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV01715 JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court upon Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act, filed July 10, 2009. (Doc. No. 26). In his motion, Plaintiff requests an award of attorney fees in the amount of $3,271.80 and expenses in the amount of $350.00, pursuant to 28 U.S.C. § 2412(d). Defendant has filed a response asking that Plaintiff's attorney's fees and expenses of $3,271.80 be paid by the Social Security Administration and costs of $350.00 be paid from the Judgment Fund administered by the United States Treasury. (Doc. No. 27). Upon consideration, the Court finds Plaintiff's fee request to be reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act (Doc. No. 26) is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney's fees in the amount of $3,271.80 shall be paid by the Social Security Administration and costs of $350.00 shall be paid from the Judgment Fund administered by the United States Treasury to Plaintiff's Attorney Nancy R. Mogab.

Dated this 3rd day of August, 2009.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE